OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
Room 126 Federal Building
423 Frederica Street
Owensboro, KY 42301-3013

OFFICIAL BUSINESS

FILED
JAMES J. VILT, JR. - CLERK
APR 14 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

quadient
FIRST-CLASS MAIL
IMI
$000.53
04/06/2022 ZIP 42301
043M30221814

US POSTAGE

Eric James Weber
Weber Law Office PLLC
214 S. Eighth Street
Louisville, KY 40202
Case Number:   3:21-cr-00127-CHB-CHL
Document Number:   111

NIXIE       40Z   7E 1        02 04/12/22
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 42301301399        *3070-07190-07-39